# United States District Court
## for the
## Western District Of Tennessee

FILED BY ____ D.C.

05 NOV 29 PM 2:42

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

### Report on Offender Under Supervision
*(No Action Requested)*

Name of Offender: Marcus Darnell Daniels    Case Number: 2:99CR20134-001

Name of Sentencing Judicial Officer: The Honorable Jon Phipps McCalla

Date of Original Sentence: 8/31/1999    Type of Supervision: Supervised Release

Original Offense: Violent Crimes in Aid of Racketeering Activity    Date Supervision Commenced: 3/11/2003

Original Sentence: Prison - 120 Months; TSR - 60 Months    Date Supervision Expires: 3/10/2008

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| (1) | **New Arrest** - Marcus Daniels was arrested on November 2, 2005 by Memphis Police Department Officers for Unlawful Possession of a Weapon. According to the Affidavit of Complaint, officers responded to a drug activity call. Upon their arrival, they observed Mr. Daniels flee from the scene on a bicycle, and throw an unknown object to the ground. The officers apprehended Mr. Daniels, and took him back to the area, where a Lorcin .38 caliber handgun was found on the ground. The case is pending in Shelby County General Sessions Court. His next Court date is December 9, 2005. |

**U.S. Probation Officer Action**: This officer discussed the arrest with Mr. Daniels, who stated he was in the area talking with a friend, when an unknown person drove up and grabbed the friend. Mr. Daniels stated he fled, because of his situation, and he did not know the person. He stated he later found out the person was a police officer. Mr. Daniels stated he did not have a gun. This officer respectfully requests no action be taken at this time, pending the outcome of Mr. Daniels' court proceedings. Mr. Daniels will be monitored closely, and any further non-compliance will be reported to the Court.

Respectfully submitted,

by Daryl K. Butler

Daryl K. Butler
U.S. Probation Officer
Date: November 15, 2005




Re: **Daniels, Marcus Darnell**
**November 15, 2005**
**Page 2**

[✓] Court Concurs with Officer Action
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

Nov. 29, 2005
_____
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:99-CR-20134 was distributed by fax, mail, or direct printing on November 30, 2005 to the parties listed.

---

John T. Fowlkes
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT